IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEAGUE OF WILDERNESS
DEFENDERS/BLUE MOUNTAINS
BIODIVERSITY PROJECT, an Oregon
nonprofit corporation, and CASCADIA
WILDLANDS PROJECT, an Oregon
nonprofit corporation,

                Plaintiffs,

v.

UNITED STATES FOREST SERVICE, an
agency of the United States Department of
Agriculture,
                Defendant.

CV. 04-982-PK

OPINION AND ORDER

PAPAK, Magistrate Judge:

    This matter comes before the court on Plaintiffs' Motion to Strike Defendant Forest Service's Exhibit B, Exhibit C, and Exhibit E (#53). After reviewing Plaintiffs' memoranda and Defendant's response, the court grants Plaintiffs' motion as to Exhibit E, see Southwest Center for Biological Diversity v. U.S. Forest Service, 100 F.3d 1443, 1450-51 (9th Cir. 1996) (finding a

letter to Forest Supervisors from the Regional Forester to be a post-hoc rationalization and not an interpretation of law in effect at the time the salvage timber sale was approved). The court denies Plaintiffs' Motion as to Exhibit B as a document that was before the agency when a decision was made. As to Exhibit C, the court denies Plaintiffs' Motion but limits the use of Exhibit C to guidance on how the regulations and provisions applicable to this case should be construed.

## CONCLUSION

For the foregoing reasons, Plaintiffs' Motion to Strike (#53) is GRANTED as to Exhibit E, and DENIED as to Exhibit B and Exhibit C.

Dated this 12 day of January, 2006.

/s/
Honorable Paul Papak
U.S. Magistrate Judge